# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

United States of America                                Case No. 3:18cr289

        Plaintiff

  v.                                                                          ORDER

Jason Groot

        Defendant

      This matter was held on 11/1/2024 before the undersigned for a Final Hearing on Supervised Release Violation (Adjudication/Disposition). The Government was represented by attorney Ava Dustin and the defendant appeared with attorney Joseph Sobecki.  Probation Officer Jillian Gibson also makes an appearance. Defendant admits to the violations as contained in the violation report. The court finds that each of the violations have been established. The court admonishes the defendant. The court notes on the record that supervision will not be revoked. Defendant to be returned back to CCNO and released per the BOP. The court orders that the defendant continue on supervised release with the same terms and conditions as previously set. Defendant to report on November 5, 2024 at 11:00 AM to the U.S. Probation Office to meet with Officer Gibson.

      So ordered.

                                                                              s/James G. Carr
                                                                      Sr. U. S. District Court Judge